Order issued October 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-10-00221-CV

CANINE, INC., Appellant/Cross-Appellee

V.

KATHY GOLLA, Appellee/Cross-Appellant

## ORDER

Before Justices Bridges, O'Neill, and Fillmore

Appellee's August 27, 2012 motion for rehearing is **DENIED**.

DAVID L. BRIDGES
JUSTICE